EXHIBIT A

Criminal Complaint – State of Ohio v. Eric Freed
Marietta Municipal Court (Filed June 9, 2025)

Marietta Municipal Court,
Marietta Area-District
Marietta, Washington County, Ohio
(City) (Name of County)

STATE OF OHIO
Vs.

No.

Eric F. Freed
NAME

COMPLAINT
BY INDIVIDUAL
(Rule 4)

739 Campbell Dr. Belpre, Ohio, 45714
ADDRESS

DOB: [redacted] SSN: [redacted]

################################################################################

FORM I

Complainant being duly sworn states that Eric F. Freed
(Defendant)

At 739 Campbell Dr. Belpre , Washington County, Ohio in or about 6/9/25, did, without privilege to do so knowingly, enter or remain on the land or premises of Monika Parkinson;

In violation of Section 2911.21 (A-1) Of the Ohio Revised Code. (M-4)
(State the numerical designation of the applicable statue or ordinance)

Ptl. Dunn
(Complainant)

Sworn to and subscribed before me by Ptl.G.W.Smith

On 6/9//25

Disp. Tammy Miller
(~~Judge~~ – ~~Clerk~~ – Deputy Clerk)
Or

(Notary Public)

Washington County / State of Ohio /

My Commission Expires , 19