Exhibit A

# Call Report

**CFS ID# 25-002944**
Sat, Jun 7, 2025 at 10:25
LINKED TO CFS#

City of Belpre : Dispatch
740-423-7631
POLICE · FIRE · MEDICAL
9-1-1 EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets: BOULEVARD DRIVE / ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

*Caller Name :*  *Caller Phone :*  *Generated by :* WALK IN

**Call Description :** 17 ON STATION IN REF TO LANDLORD SHOWING UP AT THE RESIDENCE UNANNOUNCED

## UNIT TIMES

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 213 | | | 11:06:10 | | | | | | 11:21:25 |

## CFS COMMENTS

| Date / Time | Comment | Dispatcher |
|---|---|---|
| 06/07/25 10:26:37 | 17 ON STATION IN REF TO LANDLORD SHOWING UP AT THE RESIDENCE UNANNOUNCED | Austin W. Johnson |
| 06/07/25 11:06:10 | UNIT 213 STATUS: ONS | Austin W. Johnson |
| 06/07/25 11:21:25 | UNIT 213 STATUS: CLR | Austin W. Johnson |
| 06/07/25 11:21:27 | CALL CLOSED: DISPOSITION: 10-24 - COMPLETED | Austin W. Johnson |
| 06/07/25 18:48:39 | CALL RE-OPENED BY Tammy Miller | Tammy Miller |
| 06/07/25 18:50:10 | CALL CLOSED: DISPOSITION: 10-24 - COMPLETED | Tammy Miller |
| 06/07/25 20:30:20 | 915 ATTEMPTED TO MAKE CONTACT WITH MONIKA PARKINSIN BY PHONE-UNABLE TO MAKE CONTACT | Tammy Miller |

## CFS PERSONS

| Person Type | Last Name / Address | First Name | Initial | DOB | Home Phone | Cell Phone |
|---|---|---|---|---|---|---|
| REPORTEE | PARKINSON | [redacted] | RC | [redacted] | | [redacted] |
| | [redacted] | [redacted] | | ATHENS | OH | 45701 |
| VICTIM | PARKINSON | MONIKA | MA | [redacted] | | [redacted] |
| | [redacted] | [redacted] | | BELPRE | OH | 45714 |
| | FREED | ERIC | FF | [redacted] | | |
| | [redacted] | [redacted] | | BELPRE | OH | 45714 |

*Print Date/Time: 4/2/2026 12:39:38*

# Call Report

**CFS ID# 25-002952**
Sat, Jun 7, 2025 at 18:44
LINKED TO CFS#

City of Belpre : Dispatch
740-423-7631
POLICE · FIRE · MEDICAL
9-1-1 EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets: BOULEVARD DRIVE / ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

*Caller Name :* PARKINSON, [redacted] *Caller Phone :* [redacted] *Generated by :* 911

**Call Description :** MEET COMPLAINANT REF LANDLORD ISSUES-LANDLORD JUST WALKED IN TO OUR RESIDENCE WITHOUT NOTICE OR PERMISSION

## UNIT TIMES

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 1024 | 18:46:39 | 18:46:39 | 18:52:21 | | | | | | 18:55:41 |
| 915 | 18:46:39 | 18:46:39 | 18:52:21 | | | | | | 18:55:41 |

## CFS COMMENTS

| Date / Time | Comment | Dispatcher |
|---|---|---|
| 06/07/25 18:46:27 | MEET COMPLAINANT REF LANDLORD ISSUES | Tammy Miller |
| 06/07/25 18:46:39 | UNIT 915 STATUS: DIS | Tammy Miller |
| 06/07/25 18:46:39 | UNIT 1024 STATUS: DIS | Tammy Miller |
| 06/07/25 18:47:58 | Call Information Edited By Tammy Miller | Tammy Miller |
| 06/07/25 18:52:21 | UNIT 1024 STATUS: ENR FROM STATION | Tammy Miller |
| 06/07/25 18:52:21 | UNIT 1024 STATUS: ONS | Tammy Miller |
| 06/07/25 18:52:21 | UNIT 915 STATUS: ENR FROM STATION | Tammy Miller |
| 06/07/25 18:52:21 | UNIT 915 STATUS: ONS | Tammy Miller |
| 06/07/25 18:55:18 | 915 ADVISED CALLER THIS IS A CIVIL MATTER AND HOW TO OBTAIN A PROTECTION ORDER | Tammy Miller |
| 06/07/25 18:55:35 | FREED GONE UPON OFFICER ARRIVAL | Tammy Miller |
| 06/07/25 18:55:41 | UNIT 1024 STATUS: CLR | Tammy Miller |
| 06/07/25 18:55:41 | UNIT 915 STATUS: CLR | Tammy Miller |
| 06/07/25 18:55:44 | CALL CLOSED: DISPOSITION: ADVISED | Tammy Miller |
| 06/07/25 19:55:18 | CALL RE-OPENED BY Tammy Miller | Tammy Miller |
| 06/07/25 19:56:14 | CALL CLOSED: DISPOSITION: ADVISED | Tammy Miller |
| 06/07/25 20:20:12 | CALL RE-OPENED BY Tammy Miller | Tammy Miller |
| 06/07/25 20:21:42 | CALL CLOSED: DISPOSITION: ADVISED | Tammy Miller |
| 06/07/25 20:28:33 | CALL RE-OPENED BY Tammy Miller | Tammy Miller |
| 06/07/25 20:29:44 | 915 ATTEMPTED TO CONTACT MONIKA PARKINSON BY PHONE-UNABLE TO MAKE CONTACT | Tammy Miller |
| 06/07/25 20:29:54 | CALL CLOSED: DISPOSITION: ADVISED | Tammy Miller |

## CFS PERSONS

| Person Type | Last Name / Address | First Name | Initial | DOB | Home Phone | Cell Phone |
|---|---|---|---|---|---|---|

# Call Report

**CFS ID# 25-002952**
Sat, Jun 7, 2025 at 18:44
LINKED TO CFS#

City of Belpre : Dispatch
740-423-7631
POLICE · FIRE · MEDICAL
9-1-1 EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets BOULEVARD DRIVE
ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

*Caller Name :* *PARKINSON,* [redacted] *Caller Phone :* [redacted] *Generated by :* *911*

**Call Description :** MEET COMPLAINANT REF LANDLORD ISSUES-LANDLORD JUST WALKED IN TO OUR RESIDENCE WITHOUT NOTICE OR PERMISSION

**UNIT TIMES**

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 1024 | 18:46:39 | 18:46:39 | 18:52:21 | | | | | | 18:55:41 |
| 915 | 18:46:39 | 18:46:39 | 18:52:21 | | | | | | 18:55:41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | FREED | ERIC | FF | [redacted] | | |
| | [redacted] | [redacted] | | BELPRE | OH | 45714 |
| VICTIM | PARKINSON | MONIKA | M/ | [redacted] | | [redacted] |
| | [redacted] | [redacted] | | BELPRE | OH | 45714 |
| CALLER | PARKINSON | [redacted] | RC | [redacted] | | [redacted] |
| | [redacted] | [redacted] | | ATHENS | OH | 45701 |

*Print Date/Time: 4/2/2026 12:40:05*

# Call Report

**CFS ID# 25-002961**
Sun, Jun 8, 2025 at 9:12
LINKED TO CFS#

BELPRE POLICE · STATE OF OHIO · FOUNDED 1789 · TO PROTECT-SERVE

City of Belpre : Dispatch
740-423-7631
9-1-1 POLICE · FIRE · MEDICAL
EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets: BOULEVARD DRIVE / ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

*Caller Name :* *Caller Phone :* *Generated by :* 911

**Call Description :** UNWANTED SUBJ LANDLORD INSIDE THE RES TELLING RENTER TO LEAVE THROWING

## UNIT TIMES

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 213 | | 09:17:51 | 09:20:12 | | | | | | 10:15:59 |

## CFS COMMENTS

| Date / Time | Comment | Dispatcher |
|---|---|---|
| 06/08/25 09:16:35 | UNWANTED SUBJ LANDLORD INSIDE THE RES TELLING RENTER TO LEAVE THROWING | Austin W. Johnson |
| 06/08/25 09:17:52 | UNIT 213 STATUS: ENR | Austin W. Johnson |
| 06/08/25 09:19:56 | ERIC FREED [redacted] PARKINSON | Austin W. Johnson |
| 06/08/25 09:20:12 | UNIT 213 STATUS: ONS | Austin W. Johnson |
| 06/08/25 10:16:00 | UNIT 213 STATUS: CLR | Austin W. Johnson |
| 06/08/25 10:16:05 | CALL CLOSED: DISPOSITION: 10-24 - COMPLETED,ADVISED,TURNED OVER TO OTHER AGENCY (WCSO REF POSS STALKING CHARGES) | Austin W. Johnson |

## CFS PERSONS

| Person Type | Last Name / Address | First Name | Initial | DOB | Home Phone | Cell Phone |
|---|---|---|---|---|---|---|
| VICTIM | PARKINSON | MONIKA | M/ | [redacted] | | [redacted] |
| | [redacted] | [redacted] | | BELPRE | OH | 45714 |
| VICTIM | PARKINSON | [redacted] | RC | [redacted] | | [redacted] |
| | [redacted] | [redacted] | | ATHENS | OH | 45701 |
| SUSPECT | FREED | ERIC | FF | [redacted] | | |
| | [redacted] | [redacted] | | BELPRE | OH | 45714 |

*Print Date/Time:* *4/2/2026* *12:40:25*

# Call Report

**CFS ID# 25-002976**
Mon, Jun 9, 2025 at 13:51
LINKED TO CFS#

BELPRE POLICE · STATE OF OHIO · FOUNDED 1789 · TO PROTECT-SERVE

City of Belpre : Dispatch
740-423-7631
9-1-1 POLICE · FIRE · MEDICAL
EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets: BOULEVARD DRIVE / ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

*Caller Name :* MONIKA
*Caller Phone :* [redacted]
*Generated by :* 911

**Call Description :** DR FREED SHOWED UP AT THE 43; HAS BEEN TRESPASSED FROM THERE

## UNIT TIMES

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 692 | 13:53:39 | 13:55:46 | 14:17:52 | | | | | | 14:17:55 |
| 918 | 13:54:37 | 13:55:46 | 14:17:52 | | | | | | 14:17:55 |

## CFS COMMENTS

| Date / Time | Comment | Dispatcher |
|---|---|---|
| 06/09/25 13:52:56 | DR FREED SHOWED UP AT THE 43; HAS BEEN TRESPASSED FROM THERE | Donald J. Myers |
| 06/09/25 13:53:39 | UNIT 692 STATUS: DIS | Donald J. Myers |
| 06/09/25 13:54:37 | UNIT 918 STATUS: DIS | Donald J. Myers |
| 06/09/25 13:55:46 | UNIT 692 STATUS: ENR | Donald J. Myers |
| 06/09/25 13:55:46 | UNIT 918 STATUS: ENR | Donald J. Myers |
| 06/09/25 13:56:50 | UNIT 692 STATUS: ONS | Donald J. Myers |
| 06/09/25 13:59:05 | UNIT 918 STATUS: ONS | Donald J. Myers |
| 06/09/25 14:10:06 | Donald J. Myers: CHECKUP TIMERS CANCELLED FOR ALL UNITS | Donald J. Myers |
| 06/09/25 14:10:37 | 918 ADV MALE WAS GONE ON OFFICERS ARRIVAL, HAD LEFT A "LEAVE THE PREMISES" LETTER ON THE FRONT DOOR | Donald J. Myers |
| 06/09/25 14:12:03 | OUT--CALLED WCSO, LEFT VM FOR DEP BAILEY WELCH PER 692 TO SEE IF WELCH WANTS BPD UNITS TO HANDLE THIS CASE OR HAVE IT ADDED TO WELCH'S | Donald J. Myers |
| 06/09/25 14:14:23 | UNIT 692 STATUS: CLR | Donald J. Myers |
| 06/09/25 14:14:23 | UNIT 918 STATUS: CLR | Donald J. Myers |
| 06/09/25 14:14:25 | CALL CLOSED: DISPOSITION: 10-24 - COMPLETED | Donald J. Myers |
| 06/09/25 14:17:39 | CALL RE-OPENED BY Donald J. Myers | Donald J. Myers |
| 06/09/25 14:17:52 | UNIT 692 STATUS: ONS | Donald J. Myers |
| 06/09/25 14:17:52 | UNIT 918 STATUS: ONS | Donald J. Myers |
| 06/09/25 14:17:55 | UNIT 692 STATUS: CLR | Donald J. Myers |
| 06/09/25 14:17:55 | UNIT 918 STATUS: CLR | Donald J. Myers |
| 06/09/25 14:18:02 | CALL CLOSED: DISPOSITION: 10-24 - COMPLETED,REPORT | Donald J. Myers |

## CFS PERSONS

| Person Type | Last Name | First Name | Initial | DOB | Home Phone | Cell Phone |
|---|---|---|---|---|---|---|
| | Address | | | | | |

# Call Report

**CFS ID# 25-002976**
Mon, Jun 9, 2025 at 13:51
LINKED TO CFS#

City of Belpre : Dispatch
740-423-7631
9-1-1
POLICE · FIRE · MEDICAL
EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets: BOULEVARD DRIVE / ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

*Caller Name :* MONIKA *Caller Phone :* [redacted] *Generated by :* 911

**Call Description :** DR FREED SHOWED UP AT THE 43; HAS BEEN TRESPASSED FROM THERE

## UNIT TIMES

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 692 | 13:53:39 | 13:55:46 | 14:17:52 | | | | | | 14:17:55 |
| 918 | 13:54:37 | 13:55:46 | 14:17:52 | | | | | | 14:17:55 |
| | PARKINSON | | MONIKA | M/ | [redacted] | | | | [redacted] |
| | [redacted] | [redacted] | | | BELPRE | | OH | | 45714 |
| SUSPECT | FREED | | ERIC | FF | [redacted] | | | | |
| | [redacted] | [redacted] | | | BELPRE | | OH | | 45714 |

*Print Date/Time:* 4/2/2026 12:40:45

# Call Report

**CFS ID# 25-002980**
Mon, Jun 9, 2025 at 16:07
LINKED TO CFS#

City of Belpre : Dispatch
740-423-7631
POLICE · FIRE · MEDICAL
9-1-1 EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets: BOULEVARD DRIVE / ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

**Caller Name :** MONIKA  **Caller Phone :**  **Generated by :** 911

**Call Description :** DR FREED BACK IN THE HOUSE

## UNIT TIMES

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 692 | 16:08:06 | 16:08:19 | 16:13:39 | | | | | | 16:57:32 |
| 918 | 16:08:06 | 16:09:40 | 16:11:19 | | | | 16:43:19 | 16:45:24 | 20:22:33 |

## CFS COMMENTS

| Date / Time | Comment | Dispatcher |
|---|---|---|
| 06/09/25 16:08:00 | DR FREED BACK I | Donald J. Myers |
| 06/09/25 16:08:06 | UNIT 692 STATUS: DIS | Donald J. Myers |
| 06/09/25 16:08:06 | UNIT 918 STATUS: DIS | Donald J. Myers |
| 06/09/25 16:08:19 | UNIT 692 STATUS: ENR | Donald J. Myers |
| 06/09/25 16:09:00 | Call Information Edited By Donald J. Myers | Donald J. Myers |
| 06/09/25 16:09:40 | UNIT 918 STATUS: ENR | Donald J. Myers |
| 06/09/25 16:11:19 | UNIT 918 STATUS: ONS | Donald J. Myers |
| 06/09/25 16:13:39 | UNIT 692 STATUS: ONS | Donald J. Myers |
| 06/09/25 16:16:54 | Donald J. Myers: CHECKUP TIMERS RESET FOR UNIT 918 | Donald J. Myers |
| 06/09/25 16:20:44 | Donald J. Myers: CHECKUP TIMERS CANCELLED FOR UNIT 692 | Donald J. Myers |
| 06/09/25 16:21:19 | 692 ADV MR FREED IS DETAINED, 918 IS SPEAKING W SHERIFFS OFFICE REF THE MATTER TO SEE IF HE WAS TOLD NOT TO COME BACK OR NOT | Donald J. Myers |
| 06/09/25 16:25:25 | 692 ADV MIRANDA HAS BEEN READ | Donald J. Myers |
| 06/09/25 16:25:31 | Donald J. Myers: CHECKUP TIMERS CANCELLED FOR UNIT 918 | Donald J. Myers |
| 06/09/25 16:43:20 | UNIT 918 STATUS: TOS | Donald J. Myers |
| 06/09/25 16:45:24 | UNIT 918 STATUS: ATS | Donald J. Myers |
| 06/09/25 16:57:32 | UNIT 692 STATUS: CLR | Donald J. Myers |
| 06/09/25 18:31:29 | 918 ARR ERIC FREED FOR CRIMINAL TRESPASS<br><br>ARR # 135 231 135 FOR CRIMINAL TRESPASS | Tammy Miller |
| 06/09/25 19:33:18 | UNIT 918 STATUS: TO JAIL | Tammy Miller |
| 06/09/25 20:22:33 | UNIT 918 STATUS: CLR | Tammy Miller |
| 06/09/25 20:22:44 | CALL CLOSED: DISPOSITION: ARREST | Tammy Miller |

# Call Report

***CFS ID# 25-002980***
Mon, Jun 9, 2025 at 16:07
LINKED TO CFS#

BELPRE POLICE
STATE OF OHIO
FOUNDED 1789 TO PROTECT-SERVE

City of Belpre : Dispatch
740-423-7631
9-1-1
POLICE · FIRE · MEDICAL
EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets: BOULEVARD DRIVE / ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

***Caller Name :*** *MONIKA*
***Caller Phone :***
***Generated bv :*** *911*

**Call Description :** DR FREED BACK IN THE HOUSE

## UNIT TIMES

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 692 | 16:08:06 | 16:08:19 | 16:13:39 | | | | | | 16:57:32 |
| 918 | 16:08:06 | 16:09:40 | 16:11:19 | | | | 16:43:19 | 16:45:24 | 20:22:33 |

## CFS PERSONS

| Person Type | Last Name / Address | First Name | Initial | DOB | Home Phone | Cell Phone |
|---|---|---|---|---|---|---|
| | FREED | ERIC | FF | [redacted] | | |
| | [redacted] [redacted] | | BELPRE | | OH | 45714 |
| | PARKINSON | MONIKA | M/ | [redacted] | | [redacted] |
| | [redacted] [redacted] | | BELPRE | | OH | 45714 |

*Print Date/Time: 4/2/2026 12:41:07*

# Call Report

**CFS ID# 25-003062**

Sat, Jun 14, 2025 at 12:07

LINKED TO CFS#

BELPRE POLICE STATE OF OHIO FOUNDED 1789 TO PROTECT-SERVE

City of Belpre : Dispatch
740-423-7631
POLICE · FIRE · MEDICAL
9-1-1 EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets BOULEVARD DRIVE ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

***Caller Name :*** *PARKINSON, MONIKA* ***Caller Phone :*** [redacted] ***Generated by :*** *PHONE*

**Call Description :** CALLER IS CURRENTLY AT BELPRE ELEMENTARY PLAYGROUND; HAS SEVERAL TRESPASSING COMPLAINTS AGAINST DR FREED, WHO WAS JUST INSIDE HER HOUSE

## UNIT TIMES

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 918 | 12:11:15 | 12:11:15 | 12:20:35 | | | | | | 12:34:22 |

## CFS COMMENTS

| Date / Time | Comment | Dispatcher |
|---|---|---|
| 06/14/25 12:09:22 | CALLER IS CURRENTLY AT BELPRE ELEMENTARY PLAYGROUND; HAS SEVERAL TRESPASSING COMPLAINTS AGAINST DR FREED, WHO WAS JUST INSIDE HER HOUSE | Donald J. Myers |
| 06/14/25 12:11:15 | UNIT 918 STATUS: DIS | Donald J. Myers |
| 06/14/25 12:20:35 | UNIT 918 STATUS: ENR FROM STATION | Donald J. Myers |
| 06/14/25 12:20:35 | UNIT 918 STATUS: ONS | Donald J. Myers |
| 06/14/25 12:34:22 | UNIT 918 STATUS: CLR | Donald J. Myers |
| 06/14/25 12:34:25 | CALL CLOSED: DISPOSITION: RECORD ONLY | Donald J. Myers |

## CFS PERSONS

| Person Type | Last Name / Address | First Name | Initial | DOB | Home Phone | Cell Phone |
|---|---|---|---|---|---|---|
| | PARKINSON | MONIKA | M/ | [redacted] | | [redacted] |
| | [redacted] | [redacted] | | BELPRE | OH | 45714 |
| | FREED | ERIC | FF | [redacted] | | |
| | [redacted] | [redacted] | | BELPRE | OH | 45714 |

*Print Date/Time: 4/2/2026 12:41:33* *Page 1 of 1*

BELPREPD0009

# Call Report

**CFS ID# 25-003082**
Sun, Jun 15, 2025 at 10:42
LINKED TO CFS#

BELPRE POLICE · STATE OF OHIO · FOUNDED 1789 · TO PROTECT-SERVE

City of Belpre : Dispatch
740-423-7631
9-1-1 POLICE · FIRE · MEDICAL
EMERGENCY

**Location / Name :**
**Address :** [redacted]
**City / State / Zip :** BELPRE, OH 45714
**Phone :**

**Location / GPS Information**
Cross Streets: BOULEVARD DRIVE / ROCKLAND AVENUE
LAT 39.281785535
LONG -81.59521729

*Caller Name :*
*Caller Phone :*
*Generated by :* OFFICER GENERATED

**Call Description :** FOLLOW UP

## UNIT TIMES

| UNIT | DIS | ENR | ONS | TOH | ATH | FRH | TOS | ATS | CLR |
|---|---|---|---|---|---|---|---|---|---|
| 918 | 10:42:26 | 10:42:27 | 10:42:27 | | | | | | 10:57:52 |

## CFS COMMENTS

| Date / Time | Comment | Dispatcher |
|---|---|---|
| 06/15/25 10:42:26 | FOLLOW UP | Donald J. Myers |
| 06/15/25 10:42:27 | UNIT 918 STATUS: DIS | Donald J. Myers |
| 06/15/25 10:42:27 | UNIT 918 STATUS: ENR | Donald J. Myers |
| 06/15/25 10:42:27 | UNIT 918 STATUS: ONS | Donald J. Myers |
| 06/15/25 10:57:53 | UNIT 918 STATUS: CLR | Donald J. Myers |
| 06/15/25 10:57:55 | CALL CLOSED: DISPOSITION: 10-24 - COMPLETED | Donald J. Myers |

# OHIO UNIFORM INCIDENT REPORT

**ADMINISTRATIVE**

AGENCY NAME: BELPRE POLICE DEPARTMENT
CALL NUMBER: 25-002976
*GEOCODE: 08401
TOD: 13:53
TOA: 13:56
TOC: 14:17

☐ INCIDENT
■ OFFENSE
☐ SUPPLEMENT

*INCIDENT NUMBER: 25-002976

*CLEARANCES

| | | | |
|---|---|---|---|
| A ☐ Death of Suspect | | G ☐ Arrest – Juvenile | |
| B ☐ Prosecution Declined | | H ☐ Warrant Issued | |
| C ☐ In Custody of Other Jurisd. | | I ☐ Invest. Pending | |
| D ☐ Victim Refused to Coop. | | J ■ Closed | |
| E ☐ Juvenile/No Custody | | K ☐ Unfounded | |
| F ☐ Arrest - Adult | | U ☐ Unknown | |

*CLEARANCE DATE: 06/18/2025
CLEARED BY: 692

| *REPORT DATE/TIME MONTH | DAY | YEAR | TIME | *INCIDENT OCCURRED FROM MONTH | DAY | YEAR | TIME | *INCIDENT OCCURRED TO MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | 09 | 2025 | 13:51 | 06 | 09 | 2025 | 13:51 | 06 | 09 | 2025 | 13:51 |

INCIDENT LOCATION (Street, Apt., City, State, Zip): [redacted]

**OFFENSE**

| *OFFENSE | *OFFENSE CODE | *A/C | F/M & DEGREE | *HATE/BIAS | *LARCENY | * TYPE CRIMINAL ACTIVITY |
|---|---|---|---|---|---|---|
| 1. CRIMINAL TRESPASS | 1. 2911.21 | C | | N | | 1.____ 2.____ 3.____ |
| 2. | 2. | | | | | 1.____ 2.____ 3.____ |
| 3. | 3. | | | | | 1.____ 2.____ 3.____ |
| 4. | 4. | | | | | 1.____ 2.____ 3.____ |
| 5. | 5. | | | | | 1.____ 2.____ 3.____ |

(Enter up to three for each offense)
B- BUYING/RECEIVING
C- CULTIVATING/MFG./PUB.
D- DISTRIBUTING/SELLING
E- EXPLOITING CHILDREN
O- OPER/PROPOTING/ASSIST.
P- POSSESSING/CONCEALING
T- TRANSP/TRANSMITTING
U- USING/CONSUMING
G- OTHER GANG ACTIVITY
J- JUVENILE GANG ACTIVITY
N- NO GANG ACTIVITY

*LOCATION OF OFFENSE (Enter up to two)

1. 01 2. ______

RESIDENTIAL STRUCTURE
01 Single Family Home
02 Multiple Dwelling
03 Residential Facility
04 Other Residential
05 Garage/Shed

PUBLIC ACCESS BLDGS.
06 Transit Facility
07 Government Office
08 School
09 College
67 Library
10 Church
11 Hospital
12 Jail/Prison
13 Parking Garage
14 Other Public Access Buildings

COMMERCIAL LOCATIONS
15 Auto Shop
16 Financial Institution
17 Barber/Beauty Shop
18 Hotel/Motel
19 Dry Cleaners/Laundry
20 Professional Office
21 Doctor's Office
22 Other Business Office
23 Recreation/Entertainment Center
54 Amusement Park
24 Rental Storage Facility
25 Other Commercial Service Loc.
56 ATM Machine Separate from Bank
59 Daycare Facility

RETAIL
26 Bar
27 Buy/Sell/Trade Shop
28 Restaurant
29 Gas Station
30 Auto Sales Lot
31 Jewelry Store
32 Clothing Store
33 Drugstore
34 Liquor Store
35 Shopping Mall
36 Sporting Goods
37 Grocery/Supermarket
38 Variety/Convenience
39 Department Store
40 Other Retail Store
41 Factory/Mill/Plant
42 Other Building

OUTSIDE
43 Yard
44 Construction Site
45 Lake/Waterway
46 Field/Woods
47 Street
48 Parking Lot
49 Park/Playground
50 Cemetery
51 Public Transit Vehicle
52 Other Outside Location
57 Camp/Campground
64 Rest Area

OTHER
53 Abandoned/ Condemned Structure
55 Arena/Stadium/ Fairgrounds/Coliseum
58 Cargo Container
60 Dock/Wharf/Freight/ Modal Terminal
61 Farm Facility
62 Gambling Facility/ Casino/Race Track
63 Military Installation
65 Shelter-Mission/ Homeless
66 Tribal Lands
77 Other

*SUSPECTED OF USING
A ☐ ALCOHOL
D ☐ DRUGS
C ☐ COMPUTER EQUIPMENT
N ■ NOT APPLICABLE

*TYPE WEAPON/FORCE USED
1. 40 2. ______ 3. ______

*METHOD OF ENTRY
1 ☐ FORCE
2 ☐ NO FORCE

*NO. PREMISES ENTERED:

*METHOD OF ENTRY – MOTOR VEHICLE THEFT
01 ☐ Motor Running/Keys in Car
02 ☐ Unlocked
03 ☐ Duplicate Key Used
04 ☐ Window Broken
05 ☐ Towed
06 ☐ Hot Wire
07 ☐ Slim Jim/Coat Hanger
08 ☐ Tumblers Removed
09 ☐ Column Peeled
10 ☐ Ignition Peeled

*METHOD OF ENTRY – BURGLARY/B&E

| ENTRY | | EXIT | ENTRY | | EXIT | ENTRY | | EXIT |
|---|---|---|---|---|---|---|---|---|
| 1 ☐ | BASEMENT | ☐ | 1 ☐ | DOOR | ☐ | 1 ☐ | FRONT | ☐ |
| 2 ☐ | 1ST FLOOR | ☐ | 2 ☐ | WINDOW | ☐ | 2 ☐ | SIDE | ☐ |
| 3 ☐ | 2ND FLOOR | ☐ | 3 ☐ | GARAGE | ☐ | 3 ☐ | REAR | ☐ |
| 4 ☐ | OTHER | ☐ | 4 ☐ | SKYLIGHT | ☐ | 4 ☐ | ROOF | ☐ |
| | | | 5 ☐ | OTHER | ☐ | 5 ☐ | OTHER | ☐ |

METHODS OF OPERATION:

*CARGO THEFT Y☐ N☐

**VICTIM**

*NO. 1 | *TOTAL VICTIMS 1 | *VICTIM TYPE: I ■ INDIVIDUAL; B ☐ BUSINESS; F ☐ FINANCIAL INSTITUTION; G ☐ GOVERNMENT; P ☐ POLICE OFFICER (IN THE LINE OF DUTY); R ☐ RELIGIOUS ORGANIZATION; S ☐ SOCIETY; U ☐ UNKNOWN; O ☐ OTHER

NAME (Last, First, Middle): PARKINSON, MONIKA, [redacted]

ADDRESS (Street, Apt., City, State, Zip): [redacted]
PHONE: [redacted]

EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip):
PHONE:

*AGE/D.O.B: 35 [redacted] | *SEX: F | *RACE: ■ W ☐ B ☐ I ☐ A ☐ U | ETHNICITY: | HGT: 505 | WGT: 130 | HAIR: BLN | EYES: BLU

OCCUPATION:
SSN: [redacted]

*RESIDENT STATUS: 1 ■ RESIDENT; 2 ☐ TOURIST; 3 ☐ MILITARY; 4 ☐ STUDENT; 5 ☐ OTHER; U ☐ UNKNOWN

*VICTIM INJURED? ☐ Y ■ N
IF INJURED, DESCRIBE INJURIES: None

*AGG. ASSAULT/ HOMICIDE CIRC.:

*LEOKA INFORMATION: TYPE OF ACT. | ASSIGN TYPE | ORI – OTHER

*VICTIM/SUSPECT RELATIONSHIP: 0.____ 1. OK 2.____ 3.____ 4.____ 5.____

*VICTIM/OFFENSE LINK: 2911.21

My signature verifies that the information on this report is accurate and true

DATE ______

INCIDENT NUMBER 25-002976

| REPORTING OFFICER | BADGE NO. | DATE |
|---|---|---|
| Sgt. J.R. Fields | 692 | 06/09/2025 |

| APPROVING OFFICER | BADGE NO. | DATE |
|---|---|---|
| Sgt. J.S. Campbell | 715 | 06/18/2025 |

FOLLOW-UP? ☐ Y ☐ N
If yes, follow-up Assignment:

ADDITIONAL SUPPLEMENTS: ☐ VICTIM/WITNESS ☐ SUSPECT/ARRESTEE ☐ PROPERTY ☐ NARRATIVE ☐ STATEMENTS ☐ OTHER
FORM RECEIVED BY: ☐ INVESTIGATION ☐ INTELLIGENCE ☐ RECORDS
SPECIAL COPIES

2011

# INCIDENT REPORT – PART 2

INCIDENT NUMBER 25-002976

| VICTIM | OFFENSE | INCIDENT DATE AND TIME |
|---|---|---|
| PARKINSON, MONIKA, [redacted] | CRIMINAL TRESPASS | 06/09/2025 13:51 |

**REPORTEE**

| NO. | NAME (Last, First, Middle) | AGE/ D.O.B. | SSN |
|---|---|---|---|
| 1 | PARKINSON, MONIKA, [redacted] | 35 [redacted] | [redacted] |

ADDRESS (Street, Apt., City, State, Zip) [redacted] — PHONE

EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip) — PHONE

STATEMENTS OBTAINED ■ Y ☐ N TYPE: ■ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER

**VEHICLE**

CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☐ SUSPECT'S VEHICLE ☐ VICTIM'S VEHICLE ☐ UNAUTHORIZED USE ☐ ABANDONED

NO. | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC | LIS | LIY | LIT | VIN/OAN | *VALUE $0.00

VYR | VMA | VMO | VST | VCO TOP BOTTOM | VEHICLE LOCKED ☐ Y ☐ N | KEYS IN VEHICLE ☐ Y ☐ N | HOLD VEHICLE ☐ Y ☐ N | RELEASE CONTENTS ☐ Y ☐ N

VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. | VEHICLE TOWED? ☐ Y ☐ N | TOWED BY | OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER

STOLEN MOTOR VEHICLE ONLY | NO. STOLEN | AREA STOLEN ☐ BUSINESS ☐ RESID. ☐ RURAL | ADDITIONAL DESCRIPTION

AUTO INSURER NAME (Company) ADDRESS (Street, Apt., City, State, Zip) | PHONE

MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐ Y ☐ N WHERE RECOVERED?

**PROPERTY**

*TYPE PROPERTY LOSS/ETC (enter codes below): 1 NONE 2 BURNED 3 COUNTERFEITED/FORGED 4 DESTROYED/DAMAGED/VANDALIZED 5 STOLEN/ETC. 6 SEIZED 7 RECOVERED U UNKNOWN P PHOTO E EVIDENCE — TOTAL VALUE $0.00

*LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE $0.00
VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED
SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER

*LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE $0.00
VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED
SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER

*LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE $0.00
VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED
SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER

*LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE $0.00
VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED
SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER

**PROPERTY CODES:**

EXCHANGE MEDIUMS
01 Money
02 Credit/Debit Card
03 Negotiable Instruments
04 Other Exchange Mediums
DOCUMENTS
05 Non-Negotiable Instruments
06 Personal (Identity) Papers
62 Documents/Personal or Business
07 Other Documents
VALUABLES
08 Jewelry/Precious Metals
09 Art Objects, Antiques
10 Other Valuables
PERSONAL EFFECTS
11 Clothing/Furs
12 Purses/Handbags/Wallets
13 Other Personal Effects
HOUSEHOLD ITEMS
14 Household Items
EQUIPMENT
15 Drug/Narcotic Equip.
16 Gambling Equipment
17 Computer Hardware/Soft.
18 Office Equipment
19 Stereo TV Equip.
20 Recordings-Audio Visual
21 Sports Equipment
22 Photographic Equipment
23 Farm Equipment
24 Heavy Construction/Industrial
25 Building Supplies-Const
26 Tools
27 Vehicle Parts/Accessories
57 Aircraft Parts/Accessories
28 School Supplies
58 Artistic Supplies/Accessories
59 Camping/Hunting/Fishing Equipment/Supplies
67 Law Enforcement Equip
68 Lawn/Yard/Garden Equip.
69 Logging Equipment
70 Medical/Medical Lab Equip.
72 Musical Instruments
73 Portable Electronic Equip.
74 Watercraft Equip./Parts/Acc
29 Other Equipment
CONSUMABLE ITEMS
30 Alcohol
31 Drugs/Narcotics
32 Consumable Goods
60 Chemicals
61 Crops
63 Explosives
65 Fuel
ANIMALS
33 Livestock
34 Household Pets
VEHICLES
35 Aircraft
36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers
41 Watercraft
42 Recreational Vehicle
43 Other Motor Vehicle
WEAPONS
44 Firearms
45 Other Weapons
64 Firearm Accessories
STRUCTURES
46 Single Occupancy
47 Other Dwellings
48 Commercial/Business
49 Industrial/Manufacturing
50 Public/Community
51 Storage
52 Other Structure
OTHER
53 Merchandise
54 Other Property
55 Pending Inventory
66 Identity-Intangible
71 Metals, Non-Precious

**NARRATIVE**

06/09/2025 1351 Hrs

Belpre Dispatched Officers to [redacted] after receiving 911 call from the residence about a male subject trespassing and being in the home. Dispatch Further advised the suspect was a Mr.Freed who was the landlord of the residence and whom had been trespassed from the residence by law enforcement the previous day.Officers arrived on scene and spoke with resident, Monika Parkinson, who advised Freed had walked into her residence without knocking, went to the basement then back yard and then left. She further advised he posted a self written vacate the property notice to her front door which Officers retained as evidence. Monika was given a statement form to fill out describing the circumstances of todays events.(Sgt Fields)

*Later same date Suspect Mr.Freed arrived at residence again and was arrested for trespassing/this report is linked with the report Ptl.Smith took on the second incident.

8/2011

# SUSPECT/ARREST SUPPLEMENT

| | | |
|---|---|---|
| ARRESTING AGENCY: BELPRE POLICE DEPA | INCIDENT NUMBER: 25-002976 | |
| VICTIM: PARKINSON, MONIKA [redacted] | OFFENSE: CRIMINAL TRESPASS | INCIDENT DATE AND TIME: 06/09/2025 13:51 |

## NAME/DESCRIPTIVES

| | | |
|---|---|---|
| NO. 1 | ADULT ■ JUVENILE ☐ UNKNOWN ☐ | CHECK APPROPRIATE CATEGORY: ■ SUSPECT ☐ ARRESTEE ☐ SUSPECT/ARRESTEE ☐ RUNAWAY ☐ MISSING ☐ OTHER ____ — CHARGES FILED? ☐ Y ■ N |
| NAME (Last, First, Middle): FREED, ERIC FRANCIS | | SSN: [redacted] |
| ALIAS: | | GANG AFFILIATION: |
| ADDRESS (Street, Apt., City, State, Zip): [redacted] | | PHONE: |
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip): | | PHONE: |
| PLACE OF BIRTH: | DL#/STATE: SP153359 OH | OCCUPATION/SCHOOL: |

| *AGE/D.O.B. | *SEX | *RACE | ETHNICITY | *HEIGHT | *WEIGHT | *HAIR | *EYES |
|---|---|---|---|---|---|---|---|
| 50 [redacted] | M | ■ W ☐ B ☐ I ☐ A ☐ U | N | 509 | 190 | BRO | HAZ |

MARITAL STATUS:
SCARS, MARKS, TATOOS:
ADDITIONAL DESCRIPTIVES:

SUSPECTED OF USING ☐ ALCOHOL ☐ DRUGS
POTENTIAL INJURIES?

*RESIDENT STATUS: 1 ■ RESIDENT 2 ☐ TOURIST 3 ☐ MILITARY 4 ☐ STUDENT 5 ☐ OTHER (explain) ____ U ☐ UNKNOWN

*ARRESTEE WAS ARMED WITH

ARRESTEE ARMED WITH 1. ____ 2. ____ 3. ____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 99 | NONE | 13B | OTHER FULLY AUTOMATIC FIREARM | 16 | IMITATION FIREARM | 50 | POISON |
| 11 | FIREARM | 14 | SHOTGUN | 17 | SIMULATED FIREARM | 60 | EXPLOSIVES |
| 12 | HANDGUN | 15 | OTHER FIREARM | 18 | BB/PELLET GUN | 65 | FIRE/INCENDIARY DEVICE |
| 12A | AUTOMATIC HANDGUN | 15A | SEMI-AUTOMATIC SPORTING RIFLE | 20 | KNIFE/CUTTING INSTRUMENT | 70 | DRUGS/NARC/SLEEPING PILLS |
| 13 | RIFLE | 15B | SEMI-AUTOMATIC ASSAULT FIREARM | 30 | BLUNT OBJECT | 80 | OTHER WEAPON |
| 13A | FULLY AUTOMATIC RIFLE | 15C | MACHINE PISTOL | | | | |

## ASSOC. PERSONS

| NAME | ADDRESS (Street, Apt., City, State, Zip) | PHONE |
|---|---|---|
| 1 | 1 | 1 |
| 2 | 2 | 2 |

## ARREST INFORMATION

| ARREST/OFFENSE DESCRIPTION | *ARREST/OFFENSE CODE | F/M & DEGREE | WARRANT # | *ARREST LARCENY TYPE |
|---|---|---|---|---|
| 1 CRIMINAL TRESPASS | 1 2911.21 | 1 M | 1 | 1 |
| 2 | 2 | 2 | 2 | 2 |
| 3 | 3 | 3 | 3 | 3 |
| 4 | 4 | 4 | 4 | 4 |
| 5 | 5 | 5 | 5 | 5 |

23A POCKET PICKING
23B PURSE SNATCHING
23C SHOPLIFTING
23D THEFT FROM BUILDING
23E THEFT FROM COIN-OP MACH
23F THEFT FROM MOTOR VEHICLE
23G MOTOR VEH. PARTS/ACCESS
240 THEFT OF MOTOR VEHICLE
23H OTHER: ____

*ARREST DATE: | TIME: | ARREST LOCATION (Street, Apt., City, State, Zip):
*INCIDENT TRACKING NUMBER: | ARREST DISPOSITION: | BAIL: $0.00
MIRANDA WITNESSED BY: | TIME READ:
FINGERPRINTED ☐ Y ☐ N | FINGERPRINT CARD NO. | PHOTOS TAKEN ☐ Y ☐ N | NO. TAKEN | PHOTO ID NO. | FBI/BCI#

*MULTIPLE ARRESTEE SEGMENTS INDICATOR ☐ COUNT ARRESTEE ☐ MULTIPLE ARRESTEE INDICATOR ☐ N/A
*ARREST TYPE: 1 ☐ COMPLAINT 2 ☐ IN-PROGRESS 3 ☐ WARRANT 4 ☐ SUMMONS 5 ☐ ORDER OF PROTECTION 9 ☐ OTHER

## JUVENILE

JUV. PARENT/GDN. NOTIFIED ☐ Y ☐ N | DATE/TIME NOTIFIED | NOTIFIED BY | *JUVENILE DISPOSITION ☐ HANDLED WITHIN THE DEPARTMENT ☐ REFERRED TO OTHER AUTHORITIES
PARENT/GUARDIAN NAME AND ADDRESS (Street, Apt., City, State, Zip) | RELATIONSHIP | PHONE
PARENT/GUARDIAN NAME AND ADDRESS (Street, Apt., City, State, Zip) | RELATIONSHIP | PHONE

## RUNAWAYS /MISSING

PREVIOUS RUN/MISS. ☐ Y ☐ N | DATE OF LAST CONTACT | DATE OF EMANCIPATION | NCIC # | DATE/TIME ENTERED
LAST SEEN WEARING

| | | |
|---|---|---|
| REPORTING OFFICER: Ptl. G.W. Smith | BADGE NO. 918 | DATE 06/09/2025 |
| APPROVING OFFICER: Sgt. J.S. Campbell | BADGE NO. 715 | DATE 06/18/2025 |
| COURT | | DATE |

11/2004

# OHIO UNIFORM INCIDENT REPORT

## ADMINISTRATIVE

AGENCY NAME: BELPRE POLICE DEPARTMENT
CALL NUMBER: 25-002980
GEOCODE:
TOD: 16:08
TOA: 16:11
TOC: 20:22

☐ INCIDENT
■ OFFENSE
☐ SUPPLEMENT

*INCIDENT NUMBER: 25-002980

*CLEARANCES
- A ☐ Death of Suspect
- B ☐ Prosecution Declined
- C ☐ In Custody of Other Jurisd.
- D ☐ Victim Refused to Coop.
- E ☐ Juvenile/No Custody
- F ■ Arrest - Adult
- G ☐ Arrest – Juvenile
- H ☐ Warrant Issued
- I ☐ Invest. Pending
- J ☐ Closed
- K ☐ Unfounded
- U ☐ Unknown

*CLEARANCE DATE: 06/11/2025
CLEARED BY: 918

| | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|
| *REPORT DATE/TIME | 06 | 09 | 2025 | 16:07 |
| *INCIDENT OCCURRED FROM | 06 | 09 | 2025 | 16:07 |
| *INCIDENT OCCURRED TO | 06 | 09 | 2025 | 19:33 |

INCIDENT LOCATION (Street, Apt., City, State, Zip): [redacted]

## OFFENSE

| *OFFENSE | *OFFENSE CODE | *A/C | F/M & DEGREE | *HATE/BIAS | *LARCENY | *TYPE CRIMINAL ACTIVITY |
|---|---|---|---|---|---|---|
| 1. CRIMINAL TRESPASS_LAND PREISE | 1. 2911.21A1 | C | M-4 | N | | 1. ___ 2. ___ 3. ___ |
| 2. | 2. | | | | | 1. ___ 2. ___ 3. ___ |
| 3. | 3. | | | | | 1. ___ 2. ___ 3. ___ |
| 4. | 4. | | | | | 1. ___ 2. ___ 3. ___ |
| 5. | 5. | | | | | 1. ___ 2. ___ 3. ___ |

(Enter up to three for each offense)
B- BUYING/RECEIVING
C- CULTIVATING/MFG./PUB.
D- DISTRIBUTING/SELLING
E- EXPLOITING CHILDREN
O- OPER/PROPOTING/ASSIST.
P- POSSESSING/CONCEALING
T- TRANSP/TRANSMITTING
U- USING/CONSUMING
G- OTHER GANG ACTIVITY
J- JUVENILE GANG ACTIVITY
N- NO GANG ACTIVITY

*LOCATION OF OFFENSE (Enter up to two)
1. 01 2. ___

RESIDENTIAL STRUCTURE
01 Single Family Home
02 Multiple Dwelling
03 Residential Facility
04 Other Residential
05 Garage/Shed

PUBLIC ACCESS BLDGS.
06 Transit Facility
07 Government Office
08 School
09 College
67 Library
10 Church
11 Hospital
12 Jail/Prison
13 Parking Garage
14 Other Public Access Buildings

COMMERCIAL LOCATIONS
15 Auto Shop
16 Financial Institution
17 Barber/Beauty Shop
18 Hotel/Motel
19 Dry Cleaners/Laundry
20 Professional Office
21 Doctor's Office
22 Other Business Office
23 Recreation/Entertainment Center
54 Amusement Park
24 Rental Storage Facility
25 Other Commercial Service Loc.
56 ATM Machine Separate from Bank
59 Daycare Facility

RETAIL
26 Bar
27 Buy/Sell/Trade Shop
28 Restaurant
29 Gas Station
30 Auto Sales Lot
31 Jewelry Store
32 Clothing Store
33 Drugstore
34 Liquor Store
35 Shopping Mall
36 Sporting Goods
37 Grocery/Supermarket
38 Variety/Convenience
39 Department Store
40 Other Retail Store
41 Factory/Mill/Plant
42 Other Building

OUTSIDE
43 Yard
44 Construction Site
45 Lake/Waterway
46 Field/Woods
47 Street
48 Parking Lot
49 Park/Playground
50 Cemetery
51 Public Transit Vehicle
52 Other Outside Location
57 Camp/Campground
64 Rest Area

OTHER
53 Abandoned/Condemned Structure
55 Arena/Stadium/Fairgrounds/Coliseum
58 Cargo Container
60 Dock/Wharf/Freight/Modal Terminal
61 Farm Facility
62 Gambling Facility/Casino/Race Track
63 Military Installation
65 Shelter-Mission/Homeless
66 Tribal Lands
77 Other

*SUSPECTED OF USING
- A ☐ ALCOHOL
- D ☐ DRUGS
- C ☐ COMPUTER EQUIPMENT
- N ■ NOT APPLICABLE

*TYPE WEAPON/FORCE USED: 1. 99 2. ___ 3. ___

*METHOD OF ENTRY
1 ☐ FORCE
2 ☐ NO FORCE

*NO. PREMISES ENTERED:

*METHOD OF ENTRY – MOTOR VEHICLE THEFT
- 01 ☐ Motor Running/Keys in Car
- 02 ☐ Unlocked
- 03 ☐ Duplicate Key Used
- 04 ☐ Window Broken
- 05 ☐ Towed
- 06 ☐ Hot Wire
- 07 ☐ Slim Jim/Coat Hanger
- 08 ☐ Tumblers Removed
- 09 ☐ Column Peeled
- 10 ☐ Ignition Peeled

*METHOD OF ENTRY – BURGLARY/B&E

| ENTRY | | EXIT | ENTRY | | EXIT | ENTRY | | EXIT |
|---|---|---|---|---|---|---|---|---|
| 1 ☐ | BASEMENT | ☐ | 1 ☐ | DOOR | ☐ | 1 ☐ | FRONT | ☐ |
| 2 ☐ | 1ST FLOOR | ☐ | 2 ☐ | WINDOW | ☐ | 2 ☐ | SIDE | ☐ |
| 3 ☐ | 2ND FLOOR | ☐ | 3 ☐ | GARAGE | ☐ | 3 ☐ | REAR | ☐ |
| 4 ☐ | OTHER | ☐ | 4 ☐ | SKYLIGHT | ☐ | 4 ☐ | ROOF | ☐ |
| | | | 5 ☐ | OTHER | ☐ | 5 ☐ | OTHER | ☐ |

METHODS OF OPERATION:
*CARGO THEFT Y☐ N☐

## VICTIM

*NO. 1 *TOTAL VICTIMS 1

*VICTIM TYPE: I ■ INDIVIDUAL; B ☐ BUSINESS; F ☐ FINANCIAL INSTITUTION; G ☐ GOVERNMENT; P ☐ POLICE OFFICER (IN THE LINE OF DUTY); R ☐ RELIGIOUS ORGANIZATION; S ☐ SOCIETY; U ☐ UNKNOWN; O ☐ OTHER

NAME (Last, First, Middle): PARKINSON, MONIKA, MARIE
ADDRESS (Street, Apt., City, State, Zip): [redacted]
PHONE: [redacted]
EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip):
PHONE:

| *AGE/D.O.B. | *SEX | *RACE | ETHNICITY | HGT | WGT | HAIR | EYES |
|---|---|---|---|---|---|---|---|
| 35 [redacted] | F | W ■ (B ☐ A ☐ I ☐ U ☐) | N | 505 | 130 | BLN | BLU |

OCCUPATION:
SSN: [redacted]

*RESIDENT STATUS: 1 ■ RESIDENT; 2 ☐ TOURIST; 3 ☐ MILITARY; 4 ☐ STUDENT; 5 ☐ OTHER; U ☐ UNKNOWN

*VICTIM INJURED? ☐ Y ■ N
IF INJURED, DESCRIBE INJURIES: None

*AGG. ASSAULT/HOMICIDE CIRC.:
*LEOKA INFORMATION: TYPE OF ACT. | ASSIGN TYPE | ORI – OTHER
*VICTIM/SUSPECT RELATIONSHIP: 0. ___ 1. VO 2. ___ 3. ___ 4. ___ 5. ___
*VICTIM/OFFENSE LINK: 2911.21A1

My signature verifies that the information on this report is accurate and true
DATE ___

| REPORTING OFFICER | BADGE NO. | DATE |
|---|---|---|
| Ptl. G.W. Smith | 918 | 06/11/2025 |

| APPROVING OFFICER | BADGE NO. | DATE |
|---|---|---|
| Sgt. J.R. Fields | 692 | 10/17/2025 |

FOLLOW-UP? ☐ Y ☐ N
If yes, follow-up Assignment:

ADDITIONAL SUPPLEMENTS: ☐ VICTIM/WITNESS ☐ SUSPECT/ARRESTEE ☐ PROPERTY ☐ NARRATIVE ☐ STATEMENTS ☐ OTHER
FORM RECEIVED BY: ☐ INVESTIGATION ☐ INTELLIGENCE ☐ RECORDS
SPECIAL COPIES

INCIDENT NUMBER 25-002980

# INCIDENT REPORT – PART 2

INCIDENT NUMBER 25-002980

VICTIM PARKINSON, MONIKA, MARIE

OFFENSE CRIMINAL TRESPASS_LAND PREISES

INCIDENT DATE AND TIME 06/09/2025 16:07

**REPORTEE**

| NO. | NAME (Last, First, Middle) | AGE/ D.O.B. | SSN |
|---|---|---|---|
| 1 | PARKINSON, MONIKA, MARIE | 35 [redacted] | [redacted] |

ADDRESS (Street, Apt., City, State, Zip) [redacted]

PHONE [redacted]

EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip)

PHONE

STATEMENTS OBTAINED ☐ Y ☐ N TYPE: ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER

**VEHICLE**

CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☐ SUSPECT'S VEHICLE ☐ VICTIM'S VEHICLE ☐ UNAUTHORIZED USE ☐ ABANDONED

NO. ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC | LIS | LIY | LIT | VIN/OAN | *VALUE $0.00

VYR | VMA | VMO | VST | VCO TOP BOTTOM | VEHICLE LOCKED ☐ Y ☐ N | KEYS IN VEHICLE ☐ Y ☐ N | HOLD VEHICLE ☐ Y ☐ N | RELEASE CONTENTS ☐ Y ☐ N

VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. | VEHICLE TOWED? ☐ Y ☐ N | TOWED BY | OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER

STOLEN MOTOR VEHICLE ONLY | NO. STOLEN | AREA STOLEN ☐ BUSINESS | ☐ RESID. ☐ RURAL | ADDITIONAL DESCRIPTION

AUTO INSURER NAME (Company) ADDRESS (Street, Apt., City, State, Zip) | PHONE

MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐ Y ☐ N WHERE RECOVERED?

**PROPERTY**

*TYPE PROPERTY LOSS/ETC. (enter codes below): 1 NONE 2 BURNED 3 COUNTERFEITED/FORGED 4 DESTROYED/DAMAGED/VANDALIZED 5 STOLEN/ETC. 6 SEIZED 7 RECOVERED U UNKNOWN P PHOTO E EVIDENCE

TOTAL VALUE $0.00

*LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE $0.00
VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED
SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER

*LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE $0.00
VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED
SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER

*LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE $0.00
VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED
SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER

*LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE $0.00
VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED
SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER

**PROPERTY CODES:**

EXCHANGE MEDIUMS
01 Money
02 Credit/Debit Card
03 Negotiable Instruments
04 Other Exchange Mediums
DOCUMENTS
05 Non-Negotiable Instruments
06 Personal (Identity) Papers
62 Documents/Personal or Business
07 Other Documents
VALUABLES
08 Jewelry/Precious Metals
09 Art Objects, Antiques
10 Other Valuables
PERSONAL EFFECTS
11 Clothing/Furs
12 Purses/Handbags/Wallets
13 Other Personal Effects
HOUSEHOLD ITEMS
14 Household Items
EQUIPMENT
15 Drug/Narcotic Equip.
16 Gambling Equipment
17 Computer Hardware/Soft.
18 Office Equipment
19 Stereo TV Equip.
20 Recordings-Audio Visual
21 Sports Equipment
22 Photographic Equipment
23 Farm Equipment
24 Heavy Construction/Industrial
25 Building Supplies-Const
26 Tools
27 Vehicle Parts/Accessories
57 Aircraft Parts/Accessories
28 School Supplies
58 Artistic Supplies/Accessories
59 Camping/Hunting/Fishing Equipment/Supplies
67 Law Enforcement Equip
68 Lawn/Yard/Garden Equip.
69 Logging Equipment
70 Medical/Medical Lab Equip.
72 Musical Instruments
73 Portable Electronic Equip.
74 Watercraft Equip./Parts/Acc
29 Other Equipment
CONSUMABLE ITEMS
30 Alcohol
31 Drugs/Narcotics
32 Consumable Goods
60 Chemicals
61 Crops
63 Explosives
65 Fuel
ANIMALS
33 Livestock
34 Household Pets
VEHICLES
35 Aircraft
36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers
41 Watercraft
42 Recreational Vehicle
43 Other Motor Vehicle
WEAPONS
44 Firearms
45 Other Weapons
64 Firearm Accessories
STRUCTURES
46 Single Occupancy
47 Other Dwellings
48 Commercial/Business
49 Industrial/Manufacturing
50 Public/Community
51 Storage
52 Other Structure
OTHER
53 Merchandise
54 Other Property
55 Pending Inventory
66 Identity-Intangible
71 Metals, Non-Precious

**NARRATIVE**

8/2011

# SUSPECT/ARREST SUPPLEMENT

ARRESTING AGENCY: BELPRE POLICE DEPA
INCIDENT NUMBER: 25-002980

VICTIM: PARKINSON, MONIKA MARIE
OFFENSE: CRIMINAL TRESPASS LAND PREISES
INCIDENT DATE AND TIME: 06/09/2025 16:07

## NAME/DESCRIPTIVES

NO. 1 — ADTULT ■ JUVENILE ☐ UNKNOWN ☐
CHECK APPROPRIATE CATEGORY: ☐ SUSPECT ■ ARRESTEE ☐ SUSPECT/ARRESTEE ☐ RUNAWAY ☐ MISSING ☐ OTHER ______
CHARGES FILED? ■ Y ☐ N

NAME (Last, First, Middle): FREED, ERIC FRANCIS
SSN: [redacted]
ALIAS:
GANG AFFILIATION:
ADDRESS (Street, Apt., City, State, Zip): [redacted]
PHONE: [redacted]
EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip):
PHONE:
PLACE OF BIRTH:
DL#/STATE: SP153359 OH
OCCUPATION/SCHOOL:

*AGE/D.O.B: 50 [redacted]
*SEX: M
*RACE: ■ W ☐ B ☐ I ☐ A ☐ U
ETHNICITY: N
*HEIGHT: 509
*WEIGHT: 190
*HAIR: BRO
*EYES: HAZ

MARITAL STATUS:
SCARS, MARKS, TATOOS:
ADDITIONAL DESCRIPTIVES:

SUSPECTED OF USING: ☐ ALCOHOL ☐ DRUGS
POTENTIAL INJURIES?

*RESIDENT STATUS: 1 ■ RESIDENT 2 ☐ TOURIST 3 ☐ MILITARY 4 ☐ STUDENT 5 ☐ OTHER (explain) ______ U ☐ UNKNOWN

*ARRESTEE WAS ARMED WITH

ARRESTEE ARMED WITH 1. 99 2. ____ 3. ____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 99 | NONE | 13B | OTHER FULLY AUTOMATIC FIREARM | 16 | IMITATION FIREARM | 50 | POISON |
| 11 | FIREARM | 14 | SHOTGUN | 17 | SIMULATED FIREARM | 60 | EXPLOSIVES |
| 12 | HANDGUN | 15 | OTHER FIREARM | 18 | BB/PELLET GUN | 65 | FIRE/INCENDIARY DEVICE |
| 12A | AUTOMATIC HANDGUN | 15A | SEMI-AUTOMATIC SPORTING RIFLE | 20 | KNIFE/CUTTING INSTRUMENT | 70 | DRUGS/NARC/SLEEPING PILLS |
| 13 | RIFLE | 15B | SEMI-AUTOMATIC ASSAULT FIREARM | 30 | BLUNT OBJECT | 80 | OTHER WEAPON |
| 13A | FULLY AUTOMATIC RIFLE | 15C | MACHINE PISTOL | | | | |

## ASSOC. PERSONS

| NAME | ADDRESS (Street, Apt., City, State, Zip) | PHONE |
|---|---|---|
| 1 | 1 | 1 |
| 2 | 2 | 2 |

## ARREST INFORMATION

| ARREST/OFFENSE DESCRIPTION | *ARREST/OFFENSE CODE | F/M & DEGREE | WARRANT # | |
|---|---|---|---|---|
| 1 CRIMINAL TRESPASS LAND PREISI | 1 2911.21A1 | 1 M-4 | 1 | 1 |
| 2 | 2 | 2 | 2 | 2 |
| 3 | 3 | 3 | 3 | 3 |
| 4 | 4 | 4 | 4 | 4 |
| 5 | 5 | 5 | 5 | 5 |

*ARREST LARCENY TYPE
- 23A POCKET PICKING
- 23B PURSE SNATCHING
- 23C SHOPLIFTING
- 23D THEFT FROM BUILDING
- 23E THEFT FROM COIN-OP MACH.
- 23F THEFT FROM MOTOR VEHICLE
- 23G MOTOR VEH. PARTS/ACCESS.
- 240 THEFT OF MOTOR VEHICLE
- 23H OTHER: ______

*ARREST DATE: 06/09/2025
TIME: 16:25
ARREST LOCATION (Street, Apt., City, State, Zip):
*INCIDENT TRACKING NUMBER:
ARREST DISPOSITION: ARRESTED AND TAKEN TO WCJ
BAIL: $0.00
MIRANDA WITNESSED BY: PTL.G.W.SMITH
TIME READ: 16:25
FINGERPRINTED ☐ Y ☐ N
FINGERPRINT CARD NO.:
PHOTOS TAKEN ☐ Y ☐ N
NO. TAKEN:
PHOTO ID NO.:
FBI/BCI#:

*MULTIPLE ARRESTEE SEGMENTS INDICATOR: ■ COUNT ARRESTEE ☐ MULTIPLE ARRESTEE INDICATOR ☐ N/A
*ARREST TYPE: 1 ☐ COMPLAINT 2 ■ IN-PROGRESS 3 ☐ WARRANT 4 ☐ SUMMONS 5 ☐ ORDER OF PROTECTION 9 ☐ OTHER

## JUVENILE

JUV. PARENT/GDN. NOTIFIED ☐ Y ☐ N
DATE/TIME NOTIFIED:
NOTIFIED BY:
*JUVENILE DISPOSITION: ☐ HANDLED WITHIN THE DEPARTMENT ☐ REFERRED TO OTHER AUTHORITIES

| PARENT/GUARDIAN NAME AND ADDRESS (Street, Apt., City, State, Zip) | RELATIONSHIP | PHONE |
|---|---|---|
| | | |
| | | |

## RUNAWAYS/MISSING

PREVIOUS RUN/MISS ☐ Y ☐ N
DATE OF LAST CONTACT:
DATE OF EMANCIPATION:
NCIC #:
DATE/TIME ENTERED:
LAST SEEN WEARING:

REPORTING OFFICER: Ptl. G.W. Smith — BADGE NO. 918 — DATE 06/11/2025
APPROVING OFFICER: Sgt. J.R. Fields — BADGE NO. 692 — DATE 10/17/2025
COURT: — DATE:

11/2001

# NARRATIVE SUPPLEMENT

| INCIDENT NUMBER | 25-002980 |
|---|---|

| VICTIM | OFFENSE | INCIDENT DATE AND TIME |
|---|---|---|
| PARKINSON, MONIKA, MARIE | CRIMINAL TRESPASS LAND PREISES | 06/09/2025 16:07 |

On 6/9/25 dispatch received a call from Monika Parkinson who advised Eric Freed walked into her house at [redacted] Belpre Ohio. This was the second time Mr. Freed showed up to the house and just walked in. The same thing happened earlier in the day where Mr. Freed walked into the home. The first incident Mr. Freed walked into the house and went to the basement then the back yard then when he left he put a notice to vacate the property notice on the front door of the residence. The second incident occurred around 1600 hrs and when I arrived on scene and Mr. Freed was inside the front door of the house ripping down a lock Ms. Parkinson had put up inside the door. I asked Mr. Freed to exit the home, he was then detained and placed into a patrol vehicle. Sgt. Fields read Mr. Freed his Miranda rights which he stated he understood.

While speaking with Mr. Freed he advised he wasn't the "landlord of the home because he lived there". Mr. Freed also explained that he has 24/7 access to the house because he lives there and it was his house. I then asked him about the home he had built and was staying in at Blennerhassett Ave., and he advised it was a AIRBNB.

We then spoke with Monika who advised the house was vacant when she moved in March of 2025 with her brother and son. Monika advised Mr. Freed lived in the home he built located at [redacted] Ms. Parkinson also advised Mr. Freed has never stayed at the Campbell Dr. address since she has moved in. Ms. Parkinson was asked what she did when Mr. Freed entered the home and she advised she ran upstairs with her son because she was scared of Mr. Freed and what he might do. Ms.Parkinson advised Mr. Freed did not give her 24 hour notice before entering the home. Monika also explained since she has moved in Mr. Freed would stop by 3-4 times a day and try to kiss her and hug her.

Mr. Freed was placed under arrest for criminal trespass (2911.21A1) and taken back to the Belpre Police department, then transported to the Washington County Jail. Sgt. Fields remained on scene speaking with Monika and was able to obtain a written statement. Sgt. Fields also collected and took photographs of the lock that was tore down and the hammer he used to tear it down with. The lock and hammer have also been placed into evidence.

The Washington County Sheriffs Office had dealt with Mr. Freed at that address the day prior, and also opened and investigation on Mr. Freed on possible charges. I was asked to seize Mr. Freed's cell phone given possible evidence being on the phone for their case. I retrieved the phone and it was placed into evidence.

The cell phone was retrieved by the Washington County Sheriffs office on 6/10/25.

REASON CLEARED
- A ☐ DEATH OF OFFENDER
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSED TO COOP
- E ☐ JUVENILE/NO CUSTODY
- F ☒ ARREST – ADULT
- G ☐ ARREST – JUVENILE
- H ☐ WARRANT ISSUED
- I ☐ INVEST. PENDING
- J ☐ CLOSED
- K ☐ UNFOUNDED
- U ☐ UNKNOWN

DATE CLEARED: 06/11/2025

| | | BADGE NO. | DATE |
|---|---|---|---|
| REPORTING OFFICER | Ptl. G.W. Smith | 918 | 06/10/2025 |
| APPROVING OFFICER | Sgt. J.R. Fields | 692 | 10/17/2025 |

# Voluntary Statement Form

CFS#: 25-002980

Date: 6-9-25

Time: 4:28 pm

I, Monina Parkinson hereby make this voluntary statement to Officer Smith of the Belpre City Police Department.

Doc Freed came to the house without a 24hr notice. Let himself in without being aske. I called all police came arrested Eric. Before he walked out he noticed the new added a chain lock for the door and tried to remove it. ~~there~~ it was our hammer he picked up to get the lock off

Q: WHEN MR. FREED ENTERED YOUR HOME WHERE WERE YOU?

A: I ran upstairs Because I was scared of him and what might happen.

Signature: Monika Parkinson

DOB: [redacted]

SSN: [redacted]

Phone #: [redacted]

Address: [redacted]

Belpre OH

Ptl. [signature]

Officer Signature

6/9/25

Date & Time

# NOTICE TO LEAVE THE PREMISES

To: Monica Parkinson, Pawell Parkinson, and all unknown persons occupying the premises identified herein with Monica Parkinson and/or Pawell Parkinson.

**You are hereby notified to LEAVE the premises, together with the lot of land on which said property is rented, now in your possession, situated in the City of Belpre, County of Washington, State of Ohio, with a mailing address of and location of 739 Campbell Drive, Belpre, Ohio 45714. You are being asked to leave for the following reasons:**

Nonpayment of utilities, or, alternatively, occupation of premises without color of title.

**YOU ARE BEING ASKED TO LEAVE THE PREMISES. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU ARE IN DOUBT REGARDING YOUR LEGAL RIGHTS AND OBLIGATIONS AS A TENANT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.**

**Unless you vacate the premises and all of your possessions are removed on or before June 12, 2025 at 11:59pm, court action will be filed for eviction and for judgment against you for damage to the premises.**

Date of service: June 9, 2025

By: Eric Freed, Property Owner

4924-5018-5548, v. 1


06/09/2025


06/09/2025


06/09/2025


06/09/2025


06/09/2025


06/09/2025


06/09/2025


06/09/2025

Marietta Municipal Court,
Marietta Area-District
Marietta, Washington County, Ohio
(City) (Name of County)

STATE OF OHIO
Vs.

No. __________

Eric F. Freed
NAME

COMPLAINT
BY INDIVIDUAL
(Rule 4)

739 Campbell Dr. Belpre, Ohio, 45714
ADDRESS

DOB: [redacted] SSN: [redacted]

###########################################################################

FORM I

Complainant being duly sworn states that Eric F. Freed
(Defendant)

At 739 Campbell Dr. Belpre , Washington County, Ohio in or about 6/9/25, did, without privilege to do so knowingly, enter or remain on the land or premises of Monika Parkinson;

In violation of Section 2911.21 (A-1) Of the Ohio Revised Code. (M-4)
(State the numerical designation of the applicable statue or ordinance)

Ptl. [signature]
(Complainant)

Sworn to and subscribed before me by Ptl.G.W.Smith

On 6/9//25

Disp. Tammy Miller
~~(Judge~~ – ~~Clerk~~ – Deputy Clerk)
Or

__________
(Notary Public)

Washington County / State of Ohio /

My Commission Expires __________, 19

**Affidavit of Facts**
In Support of Probable Cause

For Issuance of: Arrest

SS:
Washington County
State of Ohio
City of Belpre
-VS-

In the Municipal Court, of Belpre, Ohio

Eric F. Freed
Name

739 Campbell Dr.
Belpre, Ohio, 45714
Address

Affidavit of Facts in Support of Complaint No. ____________

Ptl.G.W.Smith being first duly sworn according to law, says that he is the complainant in the attached Complaint, and further states the following facts in support thereof:

Your Honor: On 6/9/25 dispatch recieved a call from Monika Parkinson who advised Eric Freed walked into her house at 739 Campbell Dr. Belpre Ohio. I arrived on scene and Mr. Freed was inside the front door of the house ripping down a lock Ms. Parkinson had put up inside the door. I asked Mr. Freed to exit the home, he was then detained and placed into a patrol vehicle. Sgt. Fields read Mr. Freed his Miranda rights which he stated he understood. Ms. Parkinson advised Mr. Freed did not give her 24 hour notice before entering the home.

While speaking with Mr. Freed he advised he wasnt the landlord of the home because he lived there. We then spoke with Monika who advised the house was vacant when she moved in the home in March of 2025. Monika advised Mr. Freed lived in the home he built located on Blennerhassett Ave. Ms. Parkinson also advised Mr. Freed has never stayed there was asked what she did when Mr. Freed entered the home and she advised she ran upstairs with her son because she was scared of Mr. Freed and what he might do. Mr. Freed was placed under arrest for criminal tresspass (2911.21A1) and taken to the Washington County Jail.

Ptl. [signature]
Complainant

Sworn and subscribed before me by Ptl.G.W.Smith
this 9th day of June 20 25

Disp. [signature]
~~Judge~~ / ~~Clerk~~ / Deputy Clerk

BELPREPD0029