EXHIBIT C

MENU

Sign In (recordSearch.php?k=loginForm8420)

# Case Information: CRB2500510

## Defendant

**Name:** Freed, Eric F
**Date of Birth:** [redacted]
**A.K.A.:**
**Priors:**
**Address:** 739 Campbell Drive
**Warrants:** No
**City/State/Zip:** Belpre, OH 45714

## Complainant/Officer

**Name:** Ptl. G. Smith
**D.B.A.:**
**Agency:** State Of Ohio (Blpr)
**Address:**
**City/State/Zip:**

## Violation Information

**File Date:** 06/10/2025
**Section #:** 2911.21A1
**Ticket Number:**
**Degree:** M4
**Date:** 06/09/2025
**Points:**
**Time:**
**T.P.O.s:**
**Description:** TRESPASSING

## Hearing Information

**Date:** 08/26/2025
**Mandatory:**
**Time:** 10:00 AM
**Attorney Name:** Rolf Baumgartel
**Type:** PT

## Miscellaneous Information

**Summons Issued:** 06/09/2025
**Status Date:** 09/30/2025
**Issued How:**
**Status Code:** DISMISSED
**Date Returned:**
**ITN Number:** 133905WA

## Disposition Information

**Disposition Date:** 09/30/2025
**Fine Amount:** $ 0.00
**Defendant's Plea:** Dismis Nf
**Fine Suspended:** $ 0.00
**Defendant Found:** D
**Costs Amount:** $ 0.00
**OL Susp. From:**
**Costs Suspended:** $ 0.00

**OL Susp. To:**

**Jail Time:**

**Jail Suspended:**

**Disposition:** CASE DISMISSED SUBJECT TO REFILING

Copyright © 2009 - 2026 Marietta Municipal Court

Site Designed By Henschen & Associates (http://www.henschen.com)

**MENU**

Sign In (recordSearch.php?k=loginForm8420)

## Docket Entries: CRB2500510

**06/10/2025**

- CASE WAS FILED WITH COURT
- HEARING- 06/11/2025 AT 9:00 AM - ARRAIGNMENT
- CHANGED- 06/13/2025 AT 9:00 AM - ARRAIGNMENT
- MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT
- SPEEDY TRIAL WAIVER FILED.
- DEFENDANT PLEAD NOT GUILTY, APPEARANCE OF COUNSEL, DEMAND FOR JURY TRIAL, MOTION TO PRESERVE EVIDENCE AND REQUEST FOR DISCOVERY

**06/11/2025**

- JOURNAL ENTRY: GRANTING MOTIONT O WAIVE APPEARANCE AT ARRAIGNMENT

**06/16/2025**

- HEARING- 07/22/2025 AT 10:00 AM - PRETRIAL
- HEARING- 08/26/2025 AT 9:00 AM - PRETRIAL
- HEARING- 09/30/2025 AT 9:00 AM - FINAL PRETRIAL
- HEARING- 10/30/2025 AT 9:00 AM - JURY TRIAL
- CANCELLED- 08/26/2025 AT 9:00 AM - PRETRIAL<br>REASON: WRONG TIME
- HEARING- 08/26/2025 AT 10:00 AM - PRETRIAL
- NOTICE OF HEARING ISSUED

**07/17/2025**

- RESPONSE TO DISCOVERY

**09/03/2025**

- DISMISSAL ENTRY SUBJECT TO REFILING

**09/30/2025**

- HALF SHEET
  CASE DISMISSED.
  SPECIAL CONDITIONS:
  CASE DISMISSED SUBJECT TO REFILING

**10/03/2025**

- CANCELLED- 10/30/2025 AT 9:00 AM - JURY TRIAL
  REASON:
- CANCELLED- 09/30/2025 AT 9:00 AM - FINAL PRETRIAL
  REASON:

Copyright © 2009 - 2026 Marietta Municipal Court
Site Designed By Henschen & Associates (http://www.henschen.com)